No. 85–5319. DARDEN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. [Certiorari granted, 473 U. S. 928.] Motion of respondent to vacate stay of execution and suggestion that writ was improvidently granted is denied.

No. 85–394. IN RE TRACEY;
No. 85–5284. IN RE SANCHEZ-BERRIDI; and
No. 85–5346. IN RE KRAHN. Petitions for writs of mandamus denied.

No. 84–1905. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* OWENS ET AL. Appeal from D. C. C. D. Cal. Probable jurisdiction noted.

No. 85–88. PAULUSSEN *v.* HERION. Appeal from Super. Ct. Pa. Probable jurisdiction noted.

No. 85–117. BAKER ET AL. *v.* GENERAL MOTORS CORP. ET AL. Appeal from Sup. Ct. Mich. Probable jurisdiction noted.

No. 85–217. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO *v.* DAVIS. Appeal from Sup. Ct. Ala. Probable jurisdiction noted.

No. 84–1560. PRESS-ENTERPRISE CO. *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF RIVERSIDE. Sup. Ct. Cal. Certiorari granted.